## (May 26, 1972)

█    In the Matter of EDITH M. AMOROSI, as Clerk of the Town of Fort Edward, Petitioner.— Application for an order, pursuant to section 89 of the Judiciary Law, directing the destruction of certain records granted. Herlihy, P. J., Staley, Jr., Simons, Kane and Reynolds, JJ., concur.

## (May 31, 1972)

█    In the Matter of HANS G. GOEBEL, Petitioner, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles, Respondent.— Motion to vacate or modify ex parte order to show cause granted; order modified by vacating provision which stays respondent from enforcing revocation of petitioner's operator's license pending determination of an article 78 proceeding to review the revocation. (*Matter of Murray* v. *Tofany,* 36 A D 2d 665.) Herlihy, P. J., Staley, Jr., Sweeney, Kane and Reynolds, JJ., concur.